HINDEREGGER, APPELLEE, *v.* DAIRY & NUTRITION COUNCIL, APPELLANT.

[Cite as *Hinderegger v. Dairy & Nutrition Council* (1994), 71 Ohio St.3d 7.]

(Nos. 94–74 and 94–75—Submitted October 25, 1994—Decided November 16, 1994.)

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Randall Vehar, Ronald G. Macala* and *Shawn C. Groff,* for appellee.

*Frost & Jacobs, Thomas V. Williams* and *Laurie A. Belan,* for appellant.

The judgment of the court of appeals in case No. 94–74 is reversed on the authority of *Bellian v. Bicron Corp.* (1994), 69 Ohio St.3d 517, 634 N.E.2d 608.

The discretionary appeal in case No. 94–75 is denied.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

DOUGLAS and PFEIFER, JJ., dissent.